UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING PORTECTION ALLIANCE, a non-profit corporation,

    Plaintiff,

  v.

MATHEWS READY MIX, LLC, and EAGLE MATERIALS, INC.,

    Defendant.
_____/

No. 2:06-cv-0505-MCE-GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled. In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 20, 2007.

///
///
///
///
///
///

1  Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4  IT IS SO ORDERED.
5 DATED: December 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE