ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9227
E-mail:  andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>              Plaintiff,<br>     vs.<br><br>MATHEWS READY MIX, LLC, EAGLE MATERIALS, INC.<br><br>              Defendants. | Case No. 2:06-cv-0505-MCE-GGH<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

WHEREAS, on December 16, 2005, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants Mathews Readymix LLC and Eagle Materials Inc. ("Defendants") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on March 9, 2006 CSPA filed its Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. Mathews Ready Mix LLC and Eagle*

*Materials, Inc.* Case No. 2:06-cv-00505-MCE-GGH.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

WHEREAS, on November 23, 2006, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed.  In a letter to the Court Clerk, dated December 28, 2006, the Department of Justice stated that it does not oppose the proposed consent agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraph 14 of the Consent Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

Dated:  February 2, 2007	LAW OFFICES OF ANDREW L. PACKARD

By:/s/ Michael Lynes
Michael P. Lynes
Attorney for Plaintiff

Dated:  February 2, 2007	JEFFER, MANGELS, BULTER & MARMARO LLP

By:/s/ Scott Castro
Scott N. Castro
Attorney for Defendants
[Electronically signed with consent of counsel]

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Mathews Readymix LLC and Eagle Materials Inc., as set forth in the Notice and Complaint filed in Case No. 2:06-cv-00505-MCE-GGH, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit D.

IT IS SO ORDERED.

EASTERN DISTRICT COURT OF CALIFORNIA

Dated: February 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE